WILLIAM J. FINN et al., Appellants, v. TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent.

Beldock, P. J., Ughetta, Rabin, Benjamin and Nolan, JJ., concur. [51 Misc 2d 693.]